KATHLEEN E. FINNERTY (SBN 157638)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, California  95814
Telephone:  (916) 442-1111
Facsimile:  (916) 448-1709

Attorney for Plaintiff
CONTRACT ASSOCIATES OFFICE INTERIORS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRACT ASSOCIATES OFFICE INTERIORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LETITIA A. RUITER and WORKSPACE SOLUTIONS, INC., <br><br> Defendants. <br><br> AND RELATED CROSS-ACTION | CASE NO.  2:07-CV-00334-WBS-EFB <br><br> **STIPULATION AND [PROPOSED] ORDER FOR A CONTINUANCE OF THE HEARING ON WORKSPACE'S MOTION FOR SUMMARY JUDGMENT** |

Plaintiff, CONTRACT ASSOCIATES OFFICE INTERIORS, INC. ("Contract Associates") and defendant, WORKSPACE SOLUTIONS, INC. ("Workspace"), by and through counsel, hereby jointly stipulate and request that the Court grant a continuance of the hearing on Workspace's Motion for Summary Judgment on the following good cause:

1.   Counsel for Contract Associates, Kathleen E. Finnerty, has pre-paid, international vacation plans that were scheduled prior to the Court's March 27, 2008 order rescheduling the hearing date to April 28, 2008.  Because Ms. Finnerty, primary

1   Case No. 2:07-CV-00334-WBS-EFB
STIPULATION AND [PROPOSED] ORDER FOR A CONTINUANCE OF THE HEARING ON WORKSPACE'S MOTION FOR SUMMARY JUDGMENT

SAC 441,222,760v5 4/18/2008

1 trial counsel, will be unavailable from April 26, 2008 to May 13, 2008, good cause
2 exists for rescheduling the hearing date until after her return.
3     2.    May 27, 2008 is currently available for a hearing date.
4     3.    The parties are not prejudiced by this request..
5     4.    The other pre-trial and trial dates should not be affected by this request.

DATED: April 17, 2008    GREENBERG TRAURIG, LLP

By: /s/ Kathleen E. Finnerty
    KATHLEEN E. FINNERTY
    Attorney for Plaintiff
    Contract Associates Office interiors, Inc.

DATED: April 18, 2008    FOTOUHI · EPPS · HILLLGER · GILROY LLP

By:/s/ Shahab E. Fotouhi
    SHAHAB E. FOTOUHI
    Attorney for Defendant
    Workspace Solutions, Inc.

## **ORDER**

**IT IS SO ORDERED.**

A continuance of four weeks for the hearing on defendant, Workspace Solution, Inc.'s Motion for Summary Judgment from April 28, 2008 to **May 27, 2008 at 2:00 p.m.** is hereby GRANTED.

Dated:  April 18, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2    Case No. 2:07-CV-00334-WBS-EFB
STIPULATION AND [PROPOSED] ORDER FOR A CONTINUANCE OF THE HEARING ON WORKSPACE'S
MOTION FOR SUMMARY JUDGMENT

SAC 441,222,760v5 4/18/2008