Christopher F. Wohl, SBN: 170280
Treaver K. Hodson, SBN: 179184
Jennifer L. McQuarrie, SBN:
PALMER KAZANJIAN WOHL PERKINS, LLP
520 Capitol Mall, Suite 600
Sacramento, CA 95814
Telephone:   (916) 442-3552
Facsimile:    (916) 442-3606

Attorneys for Defendant and
Cross-Claimant LETITIA RUITER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRACT ASSOCIATES OFFICE INTERIORS, INC., <br><br>Plaintiff<br><br>v.<br><br>LETITIA A. RUITER, and WORKSPACE SOLUTIONS, INC., <br><br>Defendants.<br><br>AND RELATED CROSS-ACTION. | Case No. 2:07-CV-00334-WBS-EFB<br><br>**DEFENDANT AND CROSS-CLAIMANT LETITIA RUITER'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OR, ALTERNATIVELY, SUMMARY ADJUDICATION**<br><br>Date:  June 23, 2008<br>Time:  2:00 p.m.<br>Courtroom:  5<br><br>**THE HONORABLE WILLIAM B SHUBB** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on June 23, 2008 at 2:00 p.m. in Courtroom 5, before the United States District Court, Eastern District Judge William B. Shubb located at 501 I Street, Sacramento, California, or as soon thereafter as the Court may order, Defendant LETITIA A. RUITER ("RUITER") will and hereby does move for summary judgment as to liability on Plaintiff's claims against RUITER on the basis of the lack of evidence to support Plaintiff's claims against Defendant RUITER.

In the alternative, RUITER will move for summary adjudication on Counts 1,2,3,4,6,7,8 and 9 of Plaintiff's Complaint against RUITER.

This motion is brought pursuant to Federal Rules of Civil Procedure Rule 56 and is based on

1.

this notice and the Memorandum of Points and Authorities filed concurrently herein as well as Separate Statement of Undisputed Facts, the Declaration of Christopher F. Wohl and any other evidence introduced in support of this motion, including the complete file herein. The parties have conferred and attempted to resolve this matter prior to the filing of this Motion, but have been unsuccessful.

Dated: May 15, 2008

PALMER KAZANJIAN WOHL PERKINS LLP

By: _____
Christopher F. Wohl
Treaver K. Hodson
Jennifer L. McQuarrie,
Attorneys for Defendant/Cross-Claimant
LETITIA RUITER