UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

CONTRACT ASSOCIATES OFFICE INTERIORS, INC.,

        Plaintiff,

    v.

LETITIA A. RUITER AND WORKSPACE SOLUTIONS, INC.,

        Defendants.

NO. CIV. 07-0334 WBS PAN

ORDER RE: EVIDENTIARY OBJECTIONS

----oo0oo----

In response to defendant Letitia A. Ruiter's motion for summary judgment, on June 6, 2008, plaintiff Contract Associates Office Interiors, Inc. filed objections to evidence cited in Ruiter's separate statement of undisputed facts (including material from various party affidavits and depositions) submitted in support of her motion.

Defendant must be given an opportunity to respond to these objections. Accordingly, the matter is continued to July 21, 2008, at 2:00 p.m., for hearing on the evidentiary

1

1  objections.  Ruiter shall file her response to plaintiff's
2  objections no later than July 1, 2008.  Plaintiff may then file a
3  reply to Ruiter's response, due no later than July 8, 2008.  The
4  hearing on the motion for summary judgment will be rescheduled
5  for a later date after the evidentiary objections have been
6  resolved.
7          IT IS SO ORDERED.
8  DATED:  June 25, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE