```
 1  DOWNEY BRAND LLP
    STEPHEN J. MEYER (Bar No. 75326)
 2  CASSANDRA M. FERRANNINI (Bar No. 204277)
    555 Capitol Mall, Tenth Floor
 3  Sacramento, CA  95814-4686
    Telephone: (916) 444-1000
 4  Facsimile: (916) 444-2100

 5  VINCENT V. CARISSIMI (*Pro Hac Vice*)
    ANDREA M. DE VRIES (*Pro Hac Vice*)
 6  PEPPER HAMILTON LLP
    3000 Two Logan Square
 7  Eighteenth & Arch Streets
    Philadelphia, PA  19103-2799
 8  Telephone: (215) 981-4351

 9  Attorneys for Defendant:
    TEKNION, LLC
10
```

DOWNEY BRAND LLP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRACT ASSOCIATES OFFICE INTERIORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LETITIA A. RUITER, WORKSPACE SOLUTIONS, INC., and TEKNION, LLC, <br><br> Defendants. | Case No. 2:07-CV-00334-WBS-EFB <br><br> **JOINT STIPULATION REGARDING GOOD CAUSE TO MODIFY DISCOVERY DATES IN SCHEDULING ORDER AND ORDER THEREON** |

Defendants LETITIA A. RUITER ("Ruiter"), WORKSPACE SOLUTIONS, INC. ("WSI"), and TEKNION, LLC ("Teknion," collectively with Ruiter and WSI, "Defendants") and Plaintiff CONTRACT ASSOCIATES OFFICE INTERIORS, INC ("CAOI") hereby jointly stipulate and seek leave pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and this Court's Status (Pretrial Scheduling) Order to extend the discovery cut-off date and pre-trial motion deadline, set forth in the Court's Order Re: Motion to Modify Scheduling Order and to Amend Complaint filed by the Court on June 12, 2008 (hereinafter the "Modified Scheduling Order") by 60 days.  The change requested will not affect the existing pre-trial conference or trial date.  Good cause exists for this request as follows:

1

954418.1

JOINT STIPULATION RE: GOOD CAUSE TO MODIFY DATES IN SCHEDULING ORDER; ORDER

1  Plaintiff filed the original Complaint in this action on February 20, 2007. Plaintiff was permitted to amend the Complaint to add Teknion as a party on June 12, 2008. That order sets the close of discovery for September 25, 2008. Because it was not a party at the time, Teknion did not have the opportunity to provide input regarding the dates set forth in the Modified Scheduling Order.

After being served with the Complaint on June 17, 2008, Teknion filed its Answer on July 8, 2008 and promptly and diligently endeavored to obtain and review all of the pleadings, motions deposition transcripts, documentary evidence and the discovery conducted prior to its involvement in the case. Teknion also commenced its own discovery, including the service of requests for production and written discovery. In turn, Contract Associates served discovery on Teknion.

The parties have all noticed depositions for next week. However, a number of disputes have arisen involving responses to written discovery, the scope of the depositions, and the parties' ability to examine witnesses on various matters. Although the parties have, in good faith, attempted to resolve their disputes, it now appears likely that these disputes will require resolution by this Court. Because of these disputes, it has become impractical to go forward with the depositions scheduled for next week. In addition, the schedules of counsel and the parties has increased the difficulties in rescheduling the depositions in October. As a consequence, the parties find themselves in a position where witnesses may have to be produced more than once for their depositions, including Teknion's witness, who agreed to appear on behalf of the company in California in an effort to minimize costs for all parties.

Based upon the foregoing considerations, the parties have agreed to a 60-day extension as set forth below, so that they will have adequate time to address this discovery dispute in advance of the depositions taking place.

Though Plaintiff requested modification of the Scheduling Order in connection with its motion to amend, Teknion has not requested any modification to date. In addition, Teknion has acted diligently to comply with the deadlines in the Modified Scheduling Order, but because matters that could not have been reasonably foreseen or anticipated at the time of scheduling, a

2

954418.1

modification of that Order has now become necessary.  Accordingly, the parties respectfully request that the Court modify the existing Scheduling Order by briefly extending the following dates therein as follows:

|  | Existing Date | Proposed Date |
|---|---|---|
| Discovery Cut-off | September 25, 2008 | November 24, 2008 |
| Pretrial Motion Deadline | October 24, 2008 | November 24, 2008 |

Dated:  September 19, 2008           DOWNEY BRAND LLP


By:      /s/ Cassandra M. Ferrannini
         CASSANDRA M. FERRANNINI
           Attorney for Defendant
              TEKNION, LLC


Dated:  September 19, 2008           PALMER KAZANJIAN WOHL PERKINS LLP


By:      /s/ Christopher F. Wohl
          CHRISTOPHER F. WOHL
           Attorney for Defendant
              LETITIA RUITER


Dated:  September 19, 2008           FOTOHUI, EPPS, HILLGER, GILROY LLP


By:      /s/ Mark J. Divelbiss
            MARK J. DIVELBISS
           Attorney for Defendant
         WORKSPACE SOLUTIONS, INC.

Dated: September 19, 2008         GREENBURG TRAERIG, LLP

By:        /s/ Angela Diesch
FOR
KATHLEEN E. FINNERTY
Attorney for Plaintiff
CONTRACT ASSOCIATES OFFICE INTERIORS, INC.

Good cause appearing, IT IS SO ORDERED.

Dated: September 26, 2008

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE