IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CONTRACT ASSOCIATES
OFFICE INTERIORS, INC.,

      Plaintiff,                          CIV-S-07-0334 WBS EFB

      v.

LETITIA A. RUITER,
WORKSPACE SOLUTIONS,
INC., and TEKNION, LLC,

      Defendants.
_____/

AND RELATED COUNTERCLAIM.
_____/

      **The following discovery motions are scheduled for hearing on Wednesday, October 29, 2008, at 10:00 a.m., in Courtroom No. 25**: Plaintiff's Motions for Discovery against Defendants Workplace [Docket No. 89] and Teknion [83], and the Cross-Motions for Discovery by Plaintiff and Cross-Defendant Contract Associates [86] and Defendant and Cross-Claimant Ruiter [87]. The parties have already filed joint statements as required by E.D. Cal. L.R. 37-251, with respect to [89] and [83], and need not file further statements. The following applies to any further joint statements the parties may wish to make pursuant to [89] and [83], and the filing of joint statements (or, better, a single joint statement if appropriate) in [86] and [87].

      Notwithstanding the three days specified by E.D. Cal. L.R. 37-251, the joint statement(s) shall be filed not later than *five* court days before the scheduled hearing. Accordingly, **the filing deadline for the joint statement(s) shall be Wednesday, October 22, 2008, by 5:00 p.m.** In the event the hearing is rescheduled, the joint statement shall be due not later than five court days before the rescheduled hearing.

      The dispute may be organized by category, with specific discovery items attached, if appropriate, as an exhibit. For each disputed category or individual item, include: (1) the specific disputed discovery category or item; (2) the response; (3) the moving party's position; and (4) the opposition. E.D. Cal. L.R. 37-251(c)(3). Do not file separate briefing. *Ibid.*

      Privilege objections must comply with Fed. R. Civ. P. 26(b)(5). Except in extraordinary circumstances, the party claiming privilege may *not* submit a post-hearing privilege log. The failure properly to support a privilege objection with a privilege log may be deemed to waive it.

     The moving party is responsible for filing the joint statement. The opposing party nevertheless must timely draft and submit its portion. Failure of either party to use best efforts to ensure timely filing will be cause for sanctions.

DATED: October 10, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE