MENNEMEIER, GLASSMAN & STROUD LLP
KENNETH C. MENNEMEIER (SBN 113973)
STEPHEN LAU (SBN 221051)
980 9th Street, Suite 1700
Sacramento, CA 95814
Telephone:   (916) 553-4000
Facsimile:    (916) 553-4011
E-mail:         kcm@mgslaw.com

Attorneys for Defendant/Cross-Complainant
Workspace Solutions, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRACT ASSOCIATES OFFICE INTERIORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LETITIA A. RUITER, WORKSPACE SOLUTIONS, INC., and TEKNION, LLC, <br><br> Defendants. <br><br> AND RELATED CROSS-ACTIONS. | CASE NO: 2:07-CV-00334 WBS EFB <br><br> **SUBSTITUTION OF ATTORNEYS** <br><br><br> Pretrial Conference Date: 1/12/09 <br> Trial Date:  2/18/09 |

        Pursuant to Local Rule 83-182(g), defendant/cross-complainant Workspace Solutions, Inc. ("Workspace") gives notice that it hereby substitutes Kenneth C. Mennemeier of Mennemeier, Glassman & Stroud LLP, 980 9th Street, Suite 1700, Sacramento, California, 95814, as its counsel of record in place of Shahab Eddin Fotouhi of Fotouhi Epps Hillger Gilroy LLP, 160 Pine Street, Suite 710, San Francisco, California 94111.

        Consent is hereby given to the above discharge and substitution.

Dated: November 7, 2008        WORKSPACE SOLUTIONS, INC.

        By   /s/ Robin Gillen

1  I hereby accept the above substitution.  I am duly admitted to practice in this
2  District pursuant to Local Rule 83-180.
3  Dated: November 13, 2008              MENNEMEIER, GLASSMAN & STROUD LLP

  /s/ Kenneth C. Mennemeier
  Kenneth C. Mennemeier

7  As the withdrawing attorney, I consent to the above substitution.
8  Dated: November 12, 2008              FOTOUHI EPPS HILLGER GILROY LLP

  /s/ Mark J. Divelbiss for
  Shahab Eddin Fotouhi

**ORDER**

The foregoing substitution of attorneys is approved.

IT IS SO ORDERED.

Dated:  November 14, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE