DOWNEY BRAND LLP
STEPHEN J. MEYER (Bar No. 75326)
CASSANDRA M. FERRANNINI (Bar No. 204277)
621 Capitol Mall, Eighteenth Floor
Sacramento, CA 95814
Telephone: (916) 444-1000
Facsimile: (916) 444-2100
smeyer@downeybrand.com
cferrannini@downeybrand.com

VINCENT V. CARISSIMI (*Pro Hac Vice*)
ANDREA M. DE VRIES (*Pro Hac Vice*)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4351

Attorneys for Defendant:
TEKNION, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRACT ASSOCIATES OFFICE INTERIORS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LETITIA A. RUITER, WORKSPACE SOLUTIONS, INC., and TEKNION, LLC,<br><br>Defendants. | Case No. 2:07-CV-00334-WBS-EFB<br><br>**APPLICATION AND ORDER FOR DEFENDANT TO APPEAR TELEPHONICALLY AT ORDER TO SHOW CAUSE**<br><br>Date: March 5, 2009<br>Time: 2:00 p.m.<br>Dept: 7<br>Judge: Hon. Morrison C. England, Jr. |

Defendant Teknion, LLC, hereby requests that the Court grant its counsel permission to appear telephonically at the Order to Show Cause on March 5, 2009 at 2:00 p.m. in Courtroom 7.

Vincent Carissimi, lead trial counsel for Defendant Teknion, will be outside of the State of California on March 5, 2009, the day to which the Order to Show Cause is scheduled. Therefore Defendant respectfully requests permission be granted, allowing its counsel to participate telephonically at the March 5, 2009, Order to Show Cause. Defendant's counsel will be available on March 5, 2009 at 2:00 p.m. at (215) 981-4351 for the Order to Show Cause.

///

988223.1                                                 1

DEFENDANT TEKNION'S APPLICATION AND [PROPOSED] ORDER TO APPEAR TELEPHONICALLY AT OSC

DATED: February 24, 2009　　　　　　　DOWNEY BRAND LLP


By: ____/s/ Cassandra M. Ferrannini____
　　　CASSANDRA M. FERRANNINI
　　　Attorney for Defendant
　　　TEKNION, LLC

## ORDER

Pursuant to Defendant Teknion LLC's application to appear telephonically,

IT IS HEREBY ORDERED that the Defendant counsel Vincent Carissimi is permitted to appear telephonically on March 5, 2009 at 2:00 p.m. for the hearing for Order to Show Cause. However, should this matter remain unresolved after that hearing, the Court may order subsequent personal appearances by all parties.

DATED: March 3, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE