KATHLEEN E. FINNERTY (SBN 157638)
ANGELA L. DIESCH (SBN 256253)
GREENBERG TRAURIG, LLP
1201 K Street, Suite 1100
Sacramento, CA 95814-3938
Telephone: (916) 442-1111
Facsimile: (916) 448-1709
Finnertyk@gtlaw.com; Diescha@gtlaw.com

Attorneys for Plaintiff
CONTRACT ASSOCIATES
OFFICE INTERIORS, INC.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONTRACT ASSOCIATES OFFICE INTERIORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LETITIA A. RUITER, WORKSPACE SOLUTIONS, INC., and TEKNION, LLC, <br><br> Defendants. | CASE NO.: 2:07-CV-00334-WBS-EFB <br><br> **PLAINTIFF'S APPLICATION AND [PROPOSED] ORDER TO PERMIT COUNSEL TO APPEAR TELEPHONICALLY AT HEARING RE ORDER TO SHOW CAUSE** <br><br> DATE: March 5, 2009 <br> TIME: 2:00 P.M. <br> DEPT: 7 <br> JUDGE: Hon. Morrison C. England, Jr. |

Plaintiff, CONTRACT ASSOCIATES OFFICE INTERIORS, INC. ("Plaintiff") hereby requests that the Court grant its counsel permission to appear telephonically at the Order to Show Cause hearing on March 5, 2009 at 2:00 p.m. in Courtroom 7.

Kathleen E. Finnerty, lead trial counsel for Plaintiff, will be outside the State of California from March 1, 2009 through March 12, 2009, during which the Order to Show Cause hearing is scheduled. Therefore, Plaintiff respectfully requests permission

/ / /

/ / /

/ / /

allowing its counsel to participate telephonically at the March 5, 2009 Order to Show Cause hearing. Plaintiff's counsel will be available on March 5, 2009, at 2:00 p.m. at (916) 296-0984.

DATED: February 26, 2009         GREENBERG TRAURIG, LLP


                                 By:_____
                                    KATHLEEN E. FINNERTY
                                    ANGELA L. DIESCH
                                    Attorney for Plaintiff
                                    CONTRACT ASSOCIATES OFFICE
                                    INTERIORS, INC.

## **ORDER**

Pursuant to Plaintiff's application to appear telephonically,

**IT IS HEREBY ORDERED** that Plaintiff's counsel, Kathleen E. Finnerty, is permitted to appear telephonically at the Order to Show Cause hearing scheduled for March 5, 2009, at 2:00 p.m. However, should this matter remain unresolved after that hearing, the Court may order subsequent personal appearances by all parties.

DATED: March 3, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE